UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| IVAN JOSEPH STARK JR. | ) | Case No. 18-04121-01-CR-C-SRB |
| | ) | |
| Defendant. | ) | |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of August 27, 2026, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Ivan Joseph Stark Jr.:

> **The defendant shall be monitored by the form of location monitoring indicated below for a period of 60 days and shall abide by all technology requirements:**
>
> **Location Monitoring Technology at the Discretion of the Officer**
>
> **This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:**
>
> **You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as preapproved by the officer (Home Detention).**
>
> **The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the probation officer.**

/s/ Stephen R. Bough

STEPHEN R. BOUGH
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 28th day of August, 2026.